# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ALICE WESTBROOK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 3:17-CV-00534-HGD |
| | ) |
| **NASA FEDERAL CREDIT UNION,** | ) |
| **TWENTY FOUR SEVEN TOWING** | ) |
| **AND RECOVERY, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel certifies that NASA Federal Credit Union is a federally chartered credit union engaged in financial services with its principal place of business in Upper Marlboro, Maryland.  It is further certified that NASA Federal Credit Union has no parents, subsidiaries, and/or affiliates that have issued shares or debt securities to the public.

                                                  Respectfully submitted,

                                                  /s/ Chad W. Bryan
                                                  **CHAD W. BRYAN (ASB: 7754-H71B)**
                                                  *Attorney for NASA Federal Credit Union*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8034
Facsimile: (334) 241-8234
Email: chad.bryan@chlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| W. Whitney Seals | John C. Hubbard |
| PATE & COCHRUN, LLP | JOHN C. HUBBARD, LLC |
| Post Office Box 10448 | Post Office Box 953 |
| Birmingham, AL 35202-0448 | Birmingham, AL 35201 |
| Email: whitney@plc-law.com | Email: jch@jchubbardlaw.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

I further certify that a copy of the foregoing also is being served on this date via United States mail, postage prepaid and properly addressed, to the following non-CM/ECF user:

Twenty Four Seven Towing and
   Recovery LLC
c/o Howard Hilyer
1005 Gault Avenue
Fort Payne, AL 35967

/s/ Chad W. Bryan
**OF COUNSEL**