IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

ALICE WESTBROOK,                )
                                )
    Plaintiff,                  )
                                )
vs.                             ) Case No.: 3:17-cv-00534-HGD
                                )
NASA FEDERAL CREDIT UNION;      )
TWENTY 4 SEVEN RECOVERY         )
INC.,                           )
                                )
    Defendant.

## DEFENDANT TWENTY 4 SEVEN RECOVERY INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Twenty 4 Seven Recovery, Inc. ("Twenty 4 Seven") states that it is a company incorporated and existing under the laws of the State of Alabama. Twenty 4 Seven does not have a parent corporation. No publicly held corporation owns 10% or more of Twenty 4 Seven's stock.

Dated this 19th day of July, 2017.

                                                 /s/ Rachelle Sanchez
                                              One of the Attorneys for Defendant
                                              Twenty Four Seven Towing and
                                              Recovery LLC

OF COUNSEL:
Sanford Hooper
*shooper@lightfootlaw.com*
Rachelle E Sanchez
*rsanchez@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record through the Court's electronic filing system this 19th day of July, 2017.

                                      */s/ Rachelle Sanchez*
                                      Of Counsel