FILED
2018 Mar-29  PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| **ALICE WESTBROOK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| **vs.** ) | **3:17-cv-534-AKK** |
| ) | |
| **NASA FEDERAL CREDIT UNION,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

This case is **SET** for a 16(b) **TELEPHONIC** Scheduling Conference on **April 4, 2018** at **2:00 p.m.**  The parties shall dial **888-557-8511** and enter access code **4541204**, five minutes prior to the designated call time **or,** in the event the parties arrange for a conference line, to email the call-in number and access code to kallon_chambers@alnd.uscourts.gov by 4:30 p.m. the day prior to the scheduling conference.

**DONE** the 29th day of March, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE