# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ALICE WESTBROOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:17-cv-00534-HNJ |
| | ) |
| NASA FEDERAL CREDIT UNION; | ) |
| TWENTY 4 SEVEN RECOVERY, | ) |
| INC., | ) |
| | ) |
| Defendant. | |

## DEFENDANT TWENTY 4 SEVEN RECOVERY, INC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Twenty 4 Seven Recovery, Inc ("Defendant") moves this Court for summary judgment on the only remaining claim asserted by Plaintiff Alice Westbrook. As demonstrated in the accompanying Brief in Support of this Motion, there exists no genuine dispute of material fact and Defendant is entitled to judgment as a matter of law.

Respectfully submitted this 1st day of October, 2018.

/s/ Rachelle E. Sanchez
One of the Attorneys for Defendant
Twenty 4 Seven Recovery, Inc.

OF COUNSEL:
Sanford Hooper
*shooper@lightfootlaw.com*
Rachelle E. Sanchez
*rsanchez@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record through the Court's electronic filing system this 1st day of October, 2018:

Whitney Seals
Pate & Cochrun, LLP
PO Box 10448
Birmingham, AL 35202
Telephone: (205) 323-3900
Fax: (205) 323-3906
whitney@plc-law.com
*Attorney for Plaintiff*

John Hubbard
John Hubbard, LLC
PO Box 953
Birmingham, AL 35201
Telephone: (205) 378-8121
jch@jchubbardlaw.com
*Attorney for Plaintiff*

                                              /s/ *Rachelle E. Sanchez*
                                              Of Counsel