FILED
2018 Oct-01 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

